FANNIE E. CRASS et al., as Executors of PERRIN H. SUMNER, Deceased, Appellants, *v.* PATRICK L. RYAN et al., Respondents.

*Sumner* v. *Ryan*, 159 App. Div. 900, affirmed.
(Argued May 1, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1913, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action of ejectment. Auguste Sommerkorn died on June 24, 1907, in the county of New York. Upon her death her heirs discovered that the plaintiffs' testator, Perrin H. Sumner, claimed the title to certain property under an alleged deed purporting to have been made by the decedent, Auguste Sommerkorn, to Perrin H. Sumner's son, A. Ewing Sumner, two months prior to the death of Auguste Sommerkorn. Upon discovering this fact, an action, prior to this action, was begun by the heirs. The prayer for relief in the complaint in the former action asked the court to set aside the deeds under which the plaintiffs' testator in this action, at that time, claimed title and to bar him from all right and title to the property. The result of the former action was that three deeds to the property were canceled on the ground of fraud, and the plaintiffs' testator was barred from all

right or title to the property. After a lapse of about two years, following the trial and entry of judgment and appeal, the plaintiffs' testator, Sumner, came forward with another deed and claimed title to the same property from which he was barred by the former judgment. This second alleged deed is the basis of the present action.

*Joseph M. Williams* for appellants.

*Patrick L. Ryan* and *William Brunner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.